UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV25-12270-MWC-SSC | Date | April 21, 2026 |
|---|---|---|---|
| Title | Ruimeng Tong v. Pam Bondi, et al. | | |

| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge |
|---|---|

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE JS-6**

An Order to Show Cause re Dismissal for Lack of Prosecution was issued by the Court on April 1, 2026, ordering Plaintiff to respond in writing no later than April 10, 2026 as to why the matter should not be dismissed for lack of prosecution. There has been no response filed to the Order to Show Cause, nor has proof of service been filed indicating that the summons and complaint have been served on Defendants or their respective counsel. Therefore, the Court dismisses the matter for lack of prosecution and failure to follow the Court's Orders.

                                                                                                    :
**Initials of Preparer**   TJ

CIVIL MINUTES –
ORDER OF DISMISSAL